_____

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:    RALPH DAVIS
          AND BETTY H. DAVIS,
          DEBTOR(S)
                                            CHAPTER 13 BANKRUPTCY
                                            CASE NO. 15-50356-KMS
J. C. BELL, TRUSTEE
```

## ORDER ON TRUSTEE'S MOTION TO COMPEL

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Compel/Examine Fees (Docket No. 24), and the Trustee reports the Debtor has resolved the concerns set out in his Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Motion is moot and withdrawn.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal

—1—

-2-

Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for J. C. Bell, Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 270-1122
Miss. Bar No. 6234
samjduncan@gmail.com