___

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2016**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: RALPH & BETTY DAVIS | CHAPTER 13 |
| DEBTORS | CASE NO. 15-50356-KMS |

### ORDER TO MODIFY PLAN (DKT # 27 )

**THIS CAUSE**, came to be considered on the Debtors' Notice to Modify Plan and other Relief (DKT # 28 ) and this Court being of the opinion that said Notice is well taken and should hereby sustain the same.

**ORDERED AND ADJUDGED**, that there were no responses to this Notice to Modify Plan received by the Court within 21 days of the date of filing of said Notice.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that the Notice to Modify Plan and for Other Relief is granted.

##END OF ORDER##

Carl Ford, Attorney
PO Box 52
Laurel, MS 39441
601-649-1867
carlfordbk@gmail.com
MSB #5405